UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER J. MCDANIELS,

    Plaintiff,

v.

KATHLEEN PREITO, et al.,

    Defendants.

CASE NO. 3:17-cv-05801-RBL-DWC

ORDER GRANTING EXCESS PAGES

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this civil rights Complaint pursuant to 42 U.S.C. § 1983. Presently before the Court is Plaintiff's Motion for Excess Pages ("Motion"). Dkt. 44.[1]

Plaintiff requests leave "to file a 40 page MOTION TO COMPEL [sic] solely based on the fact it is hand written and would otherwise be less than 24 pages." Dkt. 44. He filed his 40-page Motion to Compel concurrent with his Motion. Dkt. 42. Defendants have now responded to

---

[1] Also pending before the Court are Plaintiff's Motion to Compel (Dkt. 42), Defendants' Motion for Summary Judgment (Dkt. 47), and Plaintiff's Motion for Extension of Time (Dkt. 57). The Court will make a determination on those motions in separate Orders or Reports and Recommendations.

Plaintiff's Motion to Compel, and addressed the entire 40-page Motion to Compel on the merits. Dkt. 45. Because Defendants have already addressed the entirety of Plaintiff's Motion to Compel, Plaintiff's Motion (Dkt. 44) is granted. The Court will consider Plaintiff's entire 40-page Motion to Compel when the Court makes its determination.

Dated this 17th day of October, 2018.

David W. Christel
United States Magistrate Judge