UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER J MCDANIELS,

                Plaintiff,

v.

KATHLEEN PREITO, et al.,

                Defendants.

No. 3:17-cv-05801-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (Dkt. 47) is granted, and Plaintiff's claims are dismissed with prejudice.

(3) Plaintiff's *in forma pauperis* status will continue on appeal.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 5th day of April, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1